

★ ★ ★          ★ ★ ★

# MEMORANDUM OPINION

No. 04-08-00455-CV

## IN THE INTEREST OF B.H., A CHILD

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2007-PA-01604
Honorable Charles E. Montemayor, Judge Presiding

PER CURIAM

Sitting:       Catherine Stone, Justice
                Karen Angelini, Justice
                Sandee Bryan Marion, Justice

Delivered and Filed:    December 10, 2008

DISMISSED FOR WANT OF PROSECUTION

Appellant has failed to file a brief in this matter. On October 23, 2008, notice was given to the appellant that this appeal was subject to dismissal pursuant to Texas Rule of Appellate Procedure 38.8(a)(1). Appellant was given until November 3, 2008 to file a brief or respond to our order. To date, neither the brief nor a response to our order has been received. Consequently, the appeal is dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8; 42.3.

PER CURIAM